RONALD J. VOREL
        Petitioner
    v.                                        **Judgment in a Civil Case**
TRACY JOHNS; HARVEY LAPPIN; KIM WHITE
        Respondents                    Case Number: 5:09-HC-2055-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the respondents' motion to dismiss, or in the alternative, motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as moot.

This Judgment Filed and Entered on October 28, 2010, with service on:
Ronald J. Vorel, 956 Keystone Park Road, Derry, PA 15627 (via U.S. Mail)
Michael D. Bredenberg (via CM/ECF Notice of Electronic Filing)

October 28, 2010                                      /s/ Dennis P. Iavarone
                                                                         Clerk

Raleigh, North Carolina